DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KASSANDRA CENEAS,**
Appellant,

v.

**SCG ATLAS WELLEBY LLC,**
Appellee.

No. 4D2025-1549

[May 14, 2026]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Mardi Levey Cohen, Judge; L.T. Case No. 062025CC016650AXXXCE.

Kassandra Ceneas, Plantation, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and LOTT, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***